UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MELISSA REN'E KENNEDY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY ) <br> ) <br> Defendant. ) | Case No: 2:12-CV-226 <br><br> Judge Curtis L. Collier |

## JUDGMENT ORDER

Plaintiff Melissa Ren'e Kennedy ("Plaintiff") brought this action on June 1, 2012 seeking judicial review of the final decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act, 42 U.S.C. § 1382. The Court referred the matter to United States Magistrate Judge Susan K. Lee, pursuant to 28 U.S.C. § 636(b) and in accordance with Rule 72(b) of the Federal Rules of Civil Procedure for a report and recommendation ("R&R") regarding the disposition of Plaintiff's motion for judgment on the pleadings (Court File No. 9) and Defendant's motion for summary judgment (Court File No. 11). The magistrate judge filed an R&R (Court File No. 13) recommending the decision of the Commissioner be reversed and remanded, Plaintiff's motion of judgment on the pleadings be granted in part and denied in part (Court File No. 9), and Defendant's motion for summary judgment be denied (Court File No. 11). Defendant timely filed an objection to the R&R (Court File No. 14), to which Plaintiff did not file any response.

For the reasons discussed in this order's accompanying memorandum, the Court will **ACCEPT** and **ADOPT** the magistrate judge's R&R (Court File No. 13). The Court **GRANTS**

Plaintiff's motion for judgment on the pleadings (Court File No. 9), and **DENIES** Defendant's motion for summary judgment (Court File No. 11). The Court **REVERSES** the Commissioner's decision and **REMANDS** this case pursuant to Sentence Four of 42 U.S.C. § 405(g).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT